UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EPIFANIA NUNEZ,

Civil Action No. 1:24-cv-3949

                                       Plaintiff,

   -against-

JAY ZED LLC,
BROOKLIVE MANAGEMENT LLC,
JASON VORCHHEIM,
SMYTH LAW P.C.,
CHRISTINA SMYTH, and
CHRISTINA WILLIAMS,

                                    Defendants.
-------------------------------------------------------------x

        **Named Defendants**:
- Jay Zed LLC: by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231
- Brooklive Management LLC: by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231
- Jason Vorchheim: 7520 Vleigh Place, Flushing, NY 11367
- Smyth Law P.C.: 355 Lexington Avenue, New York, NY 10017
- Christina Smyth: 355 Lexington Avenue, New York, NY 10017
- Christina Williams: 355 Lexington Avenue, New York, NY 10017

Respectfully,
/s/
Emma Caterine, Esq.