

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
EPIFANIA NUNEZ,

        Plaintiff,                                     Civil Action No. 1:24-cv-3949

  -against-                                           **AFFIRMATION OF SERVICE**

JAY ZED LLC, et al.,

        Defendants.
-----------------------------------------------X

        **HECTOR FIGUEROA** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 11th day of June, 2024, at approximately 2:37pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL AND MANDATORY REQUIREMENTS FIR INITIAL STATUS CONFERENCE** upon **CHRISTINA SMYTH** at 355 Lexington Avenue, New York, NY 10017, by personally delivering and leaving the same with **CHRISTINA SMYTH** at that address. At the time of service, deponent asked **CHRISTINA SMYTH** whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **CHRISTINA SMYTH** is a white female, approximately 45 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 150 pounds with brown hair and light eyes.

        **HECTOR FIGUEROA** affirms this 17th day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

*[signature]*
**HECTOR FIGUEROA, #0870141**

#299656

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com