ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # :  1:24-cv-03949
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE -  SECRETARY OF STATE

Epifania Nunez

Plaintiff(s)

against

Jay Zed LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY   ) SS
CITY OF ALBANY         )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age:   60 yrs

Weight:   120 lbs   Height:   5' 1"   Sex:  Female   Color of skin:   White

Hair color:   Brown   Other:

**Robert Guyette** , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 20, 2024** , at **1:52 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons & Complaint**

on
**Jay Zed LLC**

,

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  $40  dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
20th day of June, 2024

FAITH COZZI
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette
**Invoice·Work Order #** 2429582
Attorney File # **Nunez**