

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
EPIFANIA NUNEZ,

       Plaintiff,

  -against-

JAY ZED LLC, et al.,

       Defendants.
-------------------------------------------------------X

Civil Action No. 1:24-cv-3949

**AFFIRMATION OF SERVICE**

    **JASON MARTINEZ** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 11th day of June, 2024, at approximately 2:37pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL AND MANDATORY REQUIREMENTS FOR INITIAL STATUS CONFERENCE** upon **JASON VORCHEIM** at 75-20 Vleigh Place, Kew Gardens Hills, NY 11367, by personally delivering and leaving the same with **ANNA MOSSETT** at that address who stated that she is the family of Jason Vorcheim. At the time of service, deponent asked **ANNA MOSSETT** whether **JASON VORCHEIM** is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **ANNA MOSSETT** is a Hispanic female, approximately 40-50 years of age, stands approximately 5 feet 4 to 5 feet 7 inches tall, and weighs approximately 130-150 pounds with brown hair and brown eyes.

    That on the 12th day of June, 2024, deponent served another copy of the foregoing upon **JASON VORCHEIM** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New York and State of New York, addressed as follows:

#299655

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com



**JASON VORCHEIM**
75-20 Vleigh Place
Kew Gardens Hills, NY 11367

      **JASON MARTINEZ** affirms this 17th day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_____
JASON MARTINEZ, #2107591

#299655

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com