UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EPIFANIA NUNEZ,

                              **Plaintiff,**

    -against-

SMYTH LAW P.C., CHRISTINA SMYTH and
CHRISTINA WILLIAMS,

                              **Defendants.**
-----------------------------------------------------------------X

Case No.: 1:24-cv-3949-VMS

## AGREED ORDER OF DISMISSAL

Plaintiff, EPIFANIA NUNEZ, hereby voluntarily dismisses this action against Defendants SMYTH LAW P.C., CHRISTINA SMYTH, and CHRISTINA WILLIAMS, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this** _____ **day of** _____, **2025.**

_____
**Hon. Vera M. Scanlon
District Judge**

AGREED BY:

Plaintiff EPIFANIA NUNEZ

By: _____  8/11/2024
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz

Defendants SMYTH LAW P.C., CHRISTINA SMYTH, and CHRISTINA WILLIAMS

By: _____
~~Kenneth Adam Novikoff~~ William Schleife
Rivkin Radler, LLP